# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH PHAM, | ) Case No. 3:17-cv-03944-EMC |
| Plaintiff, | ) Assigned to Hon. Edward M. Chen |
| v. | ) **(PROPOSED) ORDER** |
| NATIONWIDE MUTUAL INSURANCE COMPANY; and DOES 1-100, INCLUSIVE, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this: 3/6/18

_____
Honorable

*IT IS SO ORDERED*
*Judge Edward M. Chen*

246246.1                    Order to Dismiss - 1